IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MEGAN PASTIAN,

    Plaintiff,

v.

INTERNAL CREDIT SYSTEMS, INC., *et al.*,

    Defendants.

:
:
:
:
:

Case No. 3:17-cv-252

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT MOTION TO DISMISS OF DEFENDANT "EVERYBODY FITNESS OF TROY, LLC[,] d.b.a. EVERYBODY FITNESS, LLC" (DOC. #12)

---

This matter is currently before the Court on the Motion to Dismiss of Defendant "Everybody Fitness of Troy, LLC[,] d.b.a Everybody Fitness, LLC." Doc. #12. In response to Defendant's argument that Plaintiff had sued the wrong entity, Plaintiff filed a First Amended Complaint for Money Damages, Doc. #15, substituting Everybody Fitness, LLC, for the previously-named Defendant. Accordingly, the Court OVERRULES AS MOOT the Motion to Dismiss of Defendant "Everybody Fitness of Troy, LLC[,] d.b.a Everybody Fitness, LLC." Doc. #12.

Date: October 26, 2017

                                                                WALTER H. RICE
                                                                 UNITED STATES DISTRICT JUDGE