# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MEGAN PASTIAN, | : | Case No. 3:17-cv-252 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | (by full consent of the parties) |
| INTERNATIONAL CREDIT SYSTEMS, INC, *et al.*, | : | |
| Defendants. | : | |

# ORDER

Defendant's Motion to Compel (Doc. #41), Amended Motion to Compel (Doc. #42), Motion for Extension of Time (Doc. #49), Motion for Sanctions (Doc. #51), and Amended Motion for Sanctions (Doc. #52) are **DENIED**.

This Court will set a scheduling teleconference after ruling on Plaintiff's Motion for Partial Summary Judgment (Doc. #48).

**IT IS SO ORDERED.**

September 27, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge